# AMENDED DISTRIBUTION REPORT
# FINAL DISTRIBUTION

**Case Number:** 06-71146  
**Debtor Name:** FLOWERS, MYRNA E  

Page: 1

**Date:** April 27, 2011  
**Time:** 11:15:33 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
|  | Funds on Hand |  |  |  |  |  | $10,761.75 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 100.41 | 0.00 | 100.41 | 88.25 | 10,673.50 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 10,291.25 | 0.00 | 10,291.25 | 9,044.84 | 1,628.66 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 1,853.09 | 0.00 | 1,853.09 | 1,628.66 | 0.00 |
| ADVFEE | Capital One Bank | Admin Ch. 7 | 250.00 | 250.00 | 0.00 | 0.00 | 0.00 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 12,494.75 | 250.00 | 12,244.75 | 10,761.75 |  |
| 1 | Capital Recovery One | Unsecured | 1,145.24 | 0.00 | 1,145.24 | 0.00 | 0.00 |
| 2 | Capital Recovery II | Unsecured | 4,335.40 | 0.00 | 4,335.40 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | Unsecured | 19,159.64 | 0.00 | 19,159.64 | 0.00 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 24,640.28 | 0.00 | 24,640.28 | 0.00 |  |
| **<< Totals >>** |  |  | 37,135.03 | 250.00 | 36,885.03 | 10,761.75 |  |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**        88.131015%  
**Unsecured**                  0.000000%