# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: FLOWERS, MYRNA E    § Case No. 06-71146
                           §
                           §
Debtor(s)                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $175,505.00              Assets Exempt: $20,505.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00     Claims Discharged
                                           Without Payment: $112,150.49

Total Expenses of Administration: $11,030.89

3) Total gross receipts of $ 11,030.89 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $11,030.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $126,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 12,513.89 | 12,513.89 | 11,030.89 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 110,696.16 | 24,640.28 | 24,640.28 | 0.00 |
| **TOTAL DISBURSEMENTS** | $236,696.16 | $37,154.17 | $37,154.17 | $11,030.89 |

4) This case was originally filed under Chapter 7 on June 30, 2006. The case was pending for 58 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2011          By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 − GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SETTLEMENT RE: BERT'S WELDING | 1249-000 | 11,000.00 |
| Interest Income | 1270-000 | 30.89 |
| **TOTAL GROSS RECEIPTS** | | **$11,030.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 − FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 − SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Select Portfolio Servicing | 4110-000 | 126,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$126,000.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 100.41 | 100.41 | 88.25 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 10,291.25 | 10,291.25 | 9,044.84 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,853.09 | 1,853.09 | 1,628.66 |
| Capital One Bank | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 6.51 | 6.51 | 6.51 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 5.68 | 5.68 | 5.68 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 6.95 | 6.95 | 6.95 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 12,513.89 | 12,513.89 | 11,030.89 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery One | 7100-000 | 1,145.24 | 1,145.24 | 1,145.24 | 0.00 |
| 2 | Capital Recovery II | 7100-000 | 3,933.46 | 4,335.40 | 4,335.40 | 0.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 18,107.25 | 19,159.64 | 19,159.64 | 0.00 |
| NOTFILED | Karen Lavin Bruning & Associates | 7100-000 | 2,941.25 | N/A | N/A | 0.00 |
| NOTFILED | Exxon/Mobil | 7100-000 | 230.48 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 9,334.12 | N/A | N/A | 0.00 |
| NOTFILED | MBNA | 7100-000 | 14,378.52 | N/A | N/A | 0.00 |
| NOTFILED | Citicard | 7100-000 | 3,613.58 | N/A | N/A | 0.00 |
| NOTFILED | Michling, Hoffman Vinton, et al | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Universal Card | 7100-000 | 23,074.89 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 6,657.18 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Citibank | 7100-000 | 23,074.89 | N/A | N/A | 0.00 |
| NOTFILED | CB USA Sears | 7100-000 | 605.30 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 110,696.16 | 24,640.28 | 24,640.28 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-71146  **Trustee:** (330370)  BERNARD J. NATALE
**Case Name:** FLOWERS, MYRNA E  **Filed (f) or Converted (c):** 06/30/06 (f)
 **§341(a) Meeting Date:** 08/03/06
**Period Ending:** 05/11/11  **Claims Bar Date:** 06/19/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** | | **Petition/** | **Estimated Net Value** | **Property** | **Sale/Funds** | **Asset Fully** |
| **(Scheduled And Unscheduled (u) Property)** | | **Unscheduled** | **(Value Determined By Trustee,** | **Abandoned** | **Received by** | **Administered (FA)/** |
| | | **Values** | **Less Liens, Exemptions,** | **OA=§554(a)** | **the Estate** | **Gross Value of** |
| Ref. # | | | **and Other Costs)** | **DA=§554(c)** | | **Remaining Assets** |
| 1 | 15820 NELSON ROAD WOODSTOCK IL | 150,000.00 | 24,164.64 | DA | 0.00 | FA |
| 2 | CHECKING ACCT AMCORE BANK | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | CHECKING ACCT - WASHINGTON MUTUAL | 60.00 | Unknown | DA | 0.00 | FA |
| 4 | SAVINGS ACCT - WASHINGTON MUTUTAL | 20.00 | Unknown | DA | 0.00 | FA |
| 5 | HARVARD COMMUNITY CU | 100.00 | Unknown | DA | 0.00 | FA |
| 6 | MISC HOUSEHOLD GOODS & FURNISHINGS | 1,325.00 | Unknown | DA | 0.00 | FA |
| 7 | DOLL COLLECTION | 1,000.00 | Unknown | DA | 0.00 | FA |
| 8 | WEARING APPAREL | 300.00 | 0.00 | DA | 0.00 | FA |
| 9 | MISC JEWELRY | 800.00 | 0.00 | DA | 0.00 | FA |
| 10 | MISC SPORTS EQUIPMENT | 200.00 | 0.00 | DA | 0.00 | FA |
| 11 | DEBT OWED BY HENRY ROBINSON (BROTHER) UNCOLLECTA | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 12 | 96 FORD EXPLORER | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | COMPUTER | 200.00 | 0.00 | DA | 0.00 | FA |
| 14 | SETTLEMENT RE: BERT'S WELDING (u) | 20,000.00 | 20,000.00 | | 11,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 30.89 | FA |
| 15 | Assets Totals (Excluding unknown values) | **$195,505.00** | **$64,164.64** | | **$11,030.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

COLLECTION PROCEEDING THROUGH WAGE DEDUCTION FOR RECOVERY OF CONVERTED FUNDS. TRUSTEE ANTICIPATES COMPLETING COLLECTION IN 2011 CALENDAR YEAR.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2007   **Current Projected Date Of Final Report (TFR):**   March 22, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06-71146  
**Case Name:** FLOWERS, MYRNA E  

**Taxpayer ID #:** **-***6975  
**Period Ending:** 05/11/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****55-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/14/07 | {14} | BERT'S WELDING | PREFERENCE (PHONE # 815-337-2227) | 1249-000 | 1,000.00 | | 1,000.00 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 0.26 | | 1,000.26 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 0.75 | | 1,001.01 |
| 07/10/07 | {14} | BERT FLOWERS d/b/a BERT'S WELDING, INC. | FINAL PAYMENT ON PREFERENCE CLAIM | 1249-000 | 1,000.00 | | 2,001.01 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 1.35 | | 2,002.36 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 1.61 | | 2,003.97 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 1.46 | | 2,005.43 |
| 10/01/07 | | To Account #********5566 | Transfer of Funds | 9999-000 | | 500.00 | 1,505.43 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 1.31 | | 1,506.74 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 4.14 | | 1,510.88 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 1.05 | | 1,511.93 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 0.94 | | 1,512.87 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4200% | 1270-000 | 0.50 | | 1,513.37 |
| 03/31/08 | {14} | FARM AND FLEET | FRAUDULENT CONVEYANCE | 1249-000 | 274.73 | | 1,788.10 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 0.45 | | 1,788.55 |
| 04/28/08 | {14} | BLAIN SUPPLY, INC. AND FARM AND FLEET CORPORATIONS | FRAUDULENT CONVEYANCE | 1249-000 | 130.96 | | 1,919.51 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 0.39 | | 1,919.90 |
| 05/08/08 | {14} | MYRNA E. FLOWERS | PYMT ON FRAUDULENT CONVEYANCE (2007 TAX RETURN) | 1249-000 | 4,000.00 | | 5,919.90 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 0.87 | | 5,920.77 |
| 06/03/08 | {14} | BLAIN SUPPLY, iNC. & FARM AND FLEET CORPORATIONS | FRAUDULENT CONVEYANCE - WAGE DEDUCTION PYMT FROM EMPLYR | 1249-000 | 87.28 | | 6,008.05 |
| 06/30/08 | {14} | BLAIN SUPPLY INC. & FARM AND FLEET CORPORATIONS | FRAUDULENT CONVEYANCE (Wage Deduction - Farm & Fleet) | 1249-000 | 36.26 | | 6,044.31 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.22 | | 6,045.53 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.23 | | 6,046.76 |
| 08/06/08 | {14} | BLAIN SUPPLY, INC. AND FARM AND FLEET CORPORATIONS | FRAUDULENT CONVEYANCE | 1249-000 | 104.75 | | 6,151.51 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.16 | | 6,152.67 |
| 09/02/08 | {14} | BLAIN SUPPLY, INC. & FARM AND FLEET CORPORATIONS | COMPROMISE - WAGE DEDUCT PAYMENT | 1249-000 | 212.01 | | 6,364.68 |
| 09/29/08 | {14} | Blain Supply Inc and | Wage Garnishment Payment | 1249-000 | 308.77 | | 6,673.45 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 1.33 | | 6,674.78 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 1.28 | | 6,676.06 |
| 11/03/08 | {14} | BLAIN SUPPLY, INC. AND FARM AND FLEET CORPORATIONS | WAGE GARNISHMENT | 1249-000 | 310.10 | | 6,986.16 |

Subtotals : $7,486.16   $500.00

{} Asset reference(s)   Printed: 05/11/2011 04:40 PM   V.12.56

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-71146  
**Case Name:** FLOWERS, MYRNA E  
**Taxpayer ID #:** **-***6975  
**Period Ending:** 05/11/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****55-65 - Money Market Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 0.81 | | 6,986.97 |
| 12/03/08 | {14} | BLAIN SUPPLY, INC. AND FARM AND FLEET CORPORATIONS | WAGE GARNISHMENT | 1249-000 | 11.60 | | 6,998.57 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.62 | | 6,999.19 |
| 01/06/09 | {14} | BLAIN SUPPLY, INC. AND FARM AND FLEET CORPORATIONS | COMPROMISE (WAGE DEDUCTION PAYMENT) | 1249-000 | 168.32 | | 7,167.51 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.35 | | 7,167.86 |
| 02/03/09 | {14} | BLAIN SUPPLY INC | FRAUDULENT CONVEYANCE WAGE GARNISHMENT | 1249-000 | 12.57 | | 7,180.43 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.32 | | 7,180.75 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.37 | | 7,181.12 |
| 04/01/09 | {14} | BLAIN SUPPLY, INC. AND FARM AND FLEET CORPORATIONS | COMPROMISE - PYMT FROM WAGE GARNISHMENT ORDER | 1249-000 | 99.06 | | 7,280.18 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.35 | | 7,280.53 |
| 05/04/09 | {14} | BLAIN SUPPLY, INC. | WAGE GARNISHMENT | 1249-000 | 25.09 | | 7,305.62 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.34 | | 7,305.96 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.38 | | 7,306.34 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.37 | | 7,306.71 |
| 08/31/09 | {14} | BLAINE SUPPLY, INC. AND FARM AND FLEET CORPORATIONS | COMPROMISE | 1249-000 | 108.24 | | 7,414.95 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 0.37 | | 7,415.32 |
| 09/28/09 | {14} | Blain Supply, Inc. | wage garnishment | 1249-000 | 181.39 | | 7,596.71 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.35 | | 7,597.06 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,597.36 |
| 11/02/09 | {14} | Blain Supply, Inc | Wage garnishment | 1249-000 | 493.68 | | 8,091.04 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 8,091.37 |
| 12/04/09 | {14} | Blain Supply | Wage garnishment | 1249-000 | 98.90 | | 8,190.27 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 8,190.61 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.32 | | 8,190.93 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 8,191.24 |
| 03/01/10 | {14} | Blain Supply, Inc. | Wage garnishment | 1249-000 | 16.91 | | 8,208.15 |
| 03/29/10 | {14} | Blain Supply, Inc. | Wage garnishment | 1249-000 | 118.18 | | 8,326.33 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.36 | | 8,326.69 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 8,326.74 |
| 04/06/10 | | Wire out to BNYM account 9200******5565 | Wire out to BNYM account 9200******5565 | 9999-000 | -8,326.74 | | 0.00 |

Subtotals :    $-6,986.16        $0.00

{} Asset reference(s)

Printed: 05/11/2011 04:40 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 06-71146 | | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** | FLOWERS, MYRNA E | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****55-65 - Money Market Account |
| **Taxpayer ID #:** | **-***6975 | | **Blanket Bond:** | $552,000.00 (per case limit) |
| **Period Ending:** | 05/11/11 | | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 500.00 | 500.00 | $0.00 |
| | | | Less: Bank Transfers | | -8,326.74 | 500.00 | |
| | | | **Subtotal** | | 8,826.74 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,826.74** | **$0.00** | |

{} Asset reference(s)   Printed: 05/11/2011 04:40 PM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 06-71146  
**Case Name:** FLOWERS, MYRNA E  
**Taxpayer ID #:** **-***6975  
**Period Ending:** 05/11/11  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****55-66 - Checking Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/01/07 | | From Account #********5565 | Transfer of Funds | 9999-000 | 500.00 | | 500.00 |
| 10/01/07 | 101 | Capital One Bank | Charge on Credit Card for Fee to Open Adversary Case Ref # 4802132306602478 | 2700-000 | | 250.00 | 250.00 |
| 06/02/08 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2008 FOR CASE #06-71146, BOND #016018067 | 2300-000 | | 6.51 | 243.49 |
| 08/13/09 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #06-71146, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 5.68 | 237.81 |
| 04/06/10 | | Wire out to BNYM account 9200******5566 | Wire out to BNYM account 9200******5566 | 9999-000 | -237.81 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 262.19 | 262.19 | $0.00 |
| | | | Less: Bank Transfers | | 262.19 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 262.19 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$262.19** | |

{} Asset reference(s)

Printed: 05/11/2011 04:40 PM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 06-71146 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | FLOWERS, MYRNA E | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******55-65 - Money Market Account |
| Taxpayer ID #: | **-***6975 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | Wire in from JPMorgan Chase Bank, N.A. account ********5565 | 9999-000 | 8,326.74 | | 8,326.74 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 8,327.09 |
| 05/03/10 | {14} | Blain Supply, Inc. | Wage garnishment | 1249-000 | 232.84 | | 8,559.93 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.50 | | 8,560.43 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.50 | | 8,560.93 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.51 | | 8,561.44 |
| 08/03/10 | {14} | Blain Supply, Inc | Wage Garnishment Pymt on Fraudulent Conveyance | 1249-000 | 53.36 | | 8,614.80 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.50 | | 8,615.30 |
| 09/01/10 | {14} | Blain Supply, Inc. | Wage Garnishment - Pymt on Settlement | 1249-000 | 94.80 | | 8,710.10 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,710.17 |
| 10/06/10 | {14} | Blain Supply, Inc. | Wage Garnishment | 1249-000 | 167.29 | | 8,877.46 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 8,877.53 |
| 11/02/10 | {14} | Blain Supply, Inc. | Pymt on Fraudulent Conveyance | 1249-000 | 390.91 | | 9,268.44 |
| 11/29/10 | {14} | Blain Supply, Inc. | Pymt on Settlement | 1249-000 | 154.21 | | 9,422.65 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 9,422.72 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,422.80 |
| 01/04/11 | {14} | Blain Supply, Inc. | Pymt on Fraudulent Conveyance | 1249-000 | 184.10 | | 9,606.90 |
| 01/31/11 | {14} | Blain Supply, Inc. | Pymt on Fraudulent Conveyance | 1249-000 | 125.32 | | 9,732.22 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,732.30 |
| 02/22/11 | {14} | Myrna Flowers | Final Payment on Converted Funds | 1249-000 | 798.37 | | 10,530.67 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,530.74 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,530.82 |
| 04/27/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 10,530.89 |
| 04/27/11 | | To Account #9200******5566 | Transfer for Final Distribution of Funds | 9999-000 | | 10,530.89 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,530.89 | 10,530.89 | $0.00 |
| | | | Less: Bank Transfers | | 8,326.74 | 10,530.89 | |
| | | | Subtotal | | 2,204.15 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $2,204.15 | $0.00 | |

{} Asset reference(s)

Printed: 05/11/2011 04:40 PM   V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 06-71146 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | FLOWERS, MYRNA E | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******55-66 - Checking Account |
| Taxpayer ID #: | **-***6975 | | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 05/11/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5566 | Wire in from JPMorgan Chase Bank, N.A. account ********5566 | 9999-000 | 237.81 | | 237.81 |
| 06/03/10 | 10104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #06-71146, BOND #016018067 | 2300-000 | | 6.95 | 230.86 |
| 04/27/11 | | From Account #9200******5565 | Transfer for Final Distribution of Funds | 9999-000 | 10,530.89 | | 10,761.75 |
| 04/28/11 | 10105 | BERNARD J. NATALE | Dividend paid 87.88% on $1,853.09, Trustee Compensation; Reference: | 2100-000 | | 1,628.66 | 9,133.09 |
| 04/28/11 | 10106 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 9,133.09 | 0.00 |
| | | | Dividend paid 87.88% 9,044.84 on $10,291.25; Claim# ATTY; Filed: $10,291.25 | 3110-000 | | | 0.00 |
| | | | Dividend paid 87.88% 88.25 on $100.41; Claim# EXP; Filed: $100.41 | 3120-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 10,768.70 | 10,768.70 | $0.00 |
| Less: Bank Transfers | 10,768.70 | 0.00 | |
| Subtotal | 0.00 | 10,768.70 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$10,768.70** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****55-65 | 8,826.74 | 0.00 | 0.00 |
| Checking # ***-*****55-66 | 0.00 | 262.19 | 0.00 |
| MMA # 9200-******55-65 | 2,204.15 | 0.00 | 0.00 |
| Checking # 9200-******55-66 | 0.00 | 10,768.70 | 0.00 |
| | $11,030.89 | $11,030.89 | $0.00 |

{} Asset reference(s)

Printed: 05/11/2011 04:40 PM    V.12.56